# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VARGAS ALCALA,<br><br>                    Petitioner,<br><br>           v.<br><br>RON BROOMFIELD, Acting Warden,<br><br>                    Respondent. | Case No. SACV 18-0829-JAK (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

The Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: December 8, 2020

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE