JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS VARGAS ALCALA,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>RON BROOMFIELD, Acting Warden,<br><br>　　　　Respondent. | Case No. SACV 18-0829-JAK (JPR)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 8, 2020

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE